UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   1:21-mj-04283-Reid

UNITED STATES OF AMERICA

vs.

JUAN FERNANDO PENAGOS AMARILES,

      **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  _x_ No

                                                  Respectfully submitted,

                                                  JUAN ANTONIO GONZALEZ
                                                  UNITED STATES ATTORNEY

BY:  /s/ Will Rosenzweig
       WILL J. ROSENZWEIG
       ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5502698
       99 NE 4th Street
       Miami, Florida 33132-2111
       Tel (305) 961- 9403
       Fax (305) 530-7976
       Will . Rosenzweig@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JUAN FERNANDO PENAGOS AMARILES,

CRIMINAL COMPLAINT

CASE NUMBER: 1:21-mj-04283-Reid

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 30, 2021, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, JUAN FERNANDO PENAGOS AMARILES, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551") and Social Security card, which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about November 30, 2021, the defendant, JUAN FERNANDO PENAGOS AMARILES, arrived at Miami International Airport aboard American Airlines Flight #1126 from Bogota, Colombia. At CBP primary, the defendant presented a Colombian passport and U.S. visa to CBP for an examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During an examination of the defendant's person, CBP Officers discovered a counterfeit I-551 card and social security card in the defendant's wallet. The I-551 card bore a photograph of the defendant, the defendant's name and his date of birth. A record check of the I-551 card and social security card numbers revealed that the I-551 card number belonged to an Ecuadorian national and the social security card number did not exist. During the CBP secondary interview, the defendant admitted that he was in possession of the fraudulent documents and that he knew that they were fraudulent.

*Narciso Fernandez*

NARCISO FERNANDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Attested to in accordance with the
requirements of Fed. R. Crim. P. 4.1
by WhatsApp, this 1st day of December, 2021.

__DECEMBER 1, 2021__                at    __Miami, Florida__
Date                                      City and State

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*Lisette Reid*
Signature of Judicial Officer